No. 12-13-00333-CR

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 15 2015
Abel Acosta, Clerk

| | | |
|---|---|---|
| Wilbert Walker,<br>Appellant | § | Appeal from the 349th District<br>Court of Houston, County, Texas |
| V. | § | |
| THE STATE OF TEXAS,<br>Appellee | § | (Tr. Ct. No. 12CR-115) |

## MOTION REQUESTING EXTENTION FOR TIME TO FILE P.D.R.

TO THE HONORABLE Judge's of Court of Criminal Appeals:
Comes now, Wilbert Walker, Appellant in Above Entitled And numbered cause, And respectfully files this motion requesting extention to file P.D.R. And in support shows the Following:
1. That Appellant only has An 8th grade education and my knowledge of the law books is very limited. (2) I do not have A typewriter.
(3) My unit is also going on it Annual lockdown and I will not have Access to law library for next 6 weeks At lease. (4) I Am 68 yrs. old with No support As I Am Indigent. (5) The law-library hear is understaffed so limited Access And No Sat. session At All.
As Where Fore, Appellant, prays that this Honorable Court grant this Motion so that I can File A meaningful P.D.R. with this Court. Thank You for time and Consideration in this matter.
Respectfully Submitted,

FILED IN
COURT OF CRIMINAL APPEALS
MAY 15 2015
Abel Acosta, Clerk

Wilbert Walker
Pro-Se-Appellant
Wilbert Walker
#1891050
Bill Clements Unit
9601 Spur 591
Amarillo, Tx. 79107-9606